FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

_Gimavres_ #65307.019

(Last Name)        (Identification Number)

_Tony_            _Maurier_

(First Name)            (Middle Name)

_USP Atwater, P.O. Box 019001_

(Institution)

_Atwater, CA 95301_

(Address)

(Enter above the full name of the plaintiff, prisoner and address
of plaintiff in this action)

V.            CIVIL ACTION NUMBER: _3:20-CV-727- HTW-LRA_

(to be completed by the Court)

_Stephens, K. RN/QI/3ER,_

_Warden Nash,_

_Baymon-Allen, S. RN,_

_King, Julie RN._

(Enter the full name of the defendant(s) in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
NOV 12 2020
ARTHUR JOHNSTON
BY _____ DEPUTY

### GENERAL INFORMATION

A.    At the time of the incident complained of in this complaint, were you incarcerated?
Yes ( ✓ )    No ( )

B.    Are you presently incarcerated?
Yes ( ✓ )    No ( )

C.    At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
Yes ( ✓ )    No ( )

D.    Are you presently incarcerated for a parole or probation violation?
Yes ( )    No ( ✓ )

E.    At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )    No ( ✓ )

F.    Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
Yes ( )    No ( ✓ )

Page 1 of 4

**PARTIES**

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: _Tony M. Graves_ Prisoner Number: _#65307.019_

Address: _USP Atwater_

_P.O. Box 019001_

_Atwater, CA 95301_

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: _Stephens, K_ is employed as _Registered_

_Nurse_ at _FCI Yazoo_

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: _Tony M. Graves_ ADDRESS: _USP Atwater, P.O. Box 019001_

_Atwater, CA 95301_

DEFENDANT(S):

NAME: _Stephens, K._ ADDRESS: _FCI Yazoo_

_Warden Nash_ _FCI Yazoo_

_Bowman-Allen, S._ _FCI Yazoo_

_King, Julie_ _FCI Yazoo_

Page 2 of 4

**OTHER LAWSUITS FILED BY PLAINTIFF**

---

**NOTICE AND WARNING**

The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

---

A.    Have you ever filed any lawsuits in a court of the United States?    Yes (    )  No ( ✓ )

B.    If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.

    1.    Parties to the action:_____

                            *N/A*

    2.    Court (if federal court, name the district; if state court, name the county):_____

    3.    Docket Number:_____*N/A*_____

    4.    Name of judge to whom case was assigned:_____

    5.    Disposition (for example: was the case dismissed?  If so, what grounds?  Was it appealed?  Is it still pending?)_____

                            *N/A*

CASE NUMBER 2.

    1.    Parties to the action:_____

                            *N/A*

    2.    Court (if federal court, name the district; if state court, name the county):_____

    3.    Docket Number:_____*N/A*_____

    4.    Name of judge to whom case was assigned:_____

    5.    Disposition (for example: was the case dismissed?  If so, what grounds?  Was it appealed?  Is it still pending?)_____

                            *N/A*

Page 3 of 4

**STATEMENT OF CLAIM**

III.   State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

Warden Nash who is responsible for FCI Yazoo medical Staff Stephens, h. and Baymon-Allen, S. as supervisor in the proper care and treatment of inmates in general population safety and health negligently failed to seperate and quarantine inmate Mike Jone #10720-010 who suffered from a severe infectious disease of Tuberculosis (Active "TB). The defendants knowingly and recklessly disregarded I/M Mike Jones #10720-010 severe and infectious medical condition and caused plaintiff to be exposed to Jones latent TB that has infected his respiratory gland/system perminantly damaged for the remainder of his natural life on earth. See Medical Records of Yazoo Health Services, attached Exhibit "A". In violation of standard of health and safety policy and his right to be free from cruel and unusual punishment 8th Amendment.

**RELIEF**

IV.   State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Award Judgment against defendant Stephens, h., Warden Nash and Baymon-Allen, S. in their private capacity for acting outside scope of duty being proximate cause of plaintiffs damages in the total sum of $2,000,000.00 dollars from each defendant for compensatory damages and future damages in plaintiffs favor, because defendants knew the risk of harm would result or spread to others.

Signed this ___5___ day of _____11_____, 20 _20___.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_Tony M Graves #65307.019_
Signature of plaintiff